PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 09-00135-001 |
| DOCKET NUMBER *(Rec. Court)* | 15a 20-FLE |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Ronald Fisher<br>Philadelphia, Pennsylvania | New Jersey | |
| | NAME OF SENTENCING JUDGE | |
| | Jerome B. Simandle | |

FILED
JAN 16 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

| DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>06/24/14 | TO<br>06/23/17 |
|---|---|---|

**OFFENSE**

Conspiracy to Commit Bank Fraud, 18 USC 371 (18 USC 1344).

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the EASTERN DISTRICT OF PENNSYLVANIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

December 23, 2014
Date

*/s/ Jerome B. Simandle*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
United States District Judge