| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 09-00135-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 15a 20-FIVE |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Ronald Fisher Philadelphia, Pennsylvania | DISTRICT New Jersey | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE Jerome B. Simandle | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 06/24/14 — TO 06/23/17 |

FILED JAN 16 2015 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk

OFFENSE

Conspiracy to Commit Bank Fraud, 18 USC 371 (18 USC 1344).

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the EASTERN DISTRICT OF PENNSYLVANIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

December 23, 2014
*Date*

*[signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/20/2015
*Effective Date*

FILED JAN 20 2015 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk

*[signature]*
*United States District Judge*