# United States District Court

for the

### Eastern District of Pennsylvania

U.S.A. vs. Ronald Fisher                               Case No. 2:15CR000020-01

### Petition on Supervised Release

COMES NOW Maureen Kelsey O'Hara U. S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Ronald Fisher who was placed on Supervised Release by the Honorable Jerome B. Simandle sitting in the Court at Camden, NJ, on the 7th day of August, 2009 who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

ORIGINAL OFFENSE: Conspiracy to commit bank fraud (Count One).

ORIGINAL SENTENCE: A period of 56 months federal custody was imposed followed by three years supervised release and a $100 special assessment.

SPECIAL CONDITIONS: 1) The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office; 2) The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income; 3) The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office; 4) The defendant is prohibited from incurring any new credit charges or opening additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with a

payment schedule for any restitution obligation. The defendant shall not encumber or liquidate interest in any assets unless it is in direct service of the restitution obligation or otherwise has the express approval of the Court; 5) The defendant shall cooperate in the collection of DNA as directed by the probation officer; 6) The defendant shall participate in an approved program for domestic violence; and 7) The defendant shall pay restitution in the amount of $110,961.20 in monthly installments of no less than $250 per month to commence 30 days after release from confinement. The Court waived the interest and four codefendants are also responsible for repayment of this sum.

TRANSFER OF
JURISDICTION:   On January 20, 2015, the Honorable John R. Padova, United States District Court Judge, sitting in the Eastern District of Pennsylvania, accepted jurisdiction of this case.

VIOLATION HEARING:   On September 21, 2016, Mr. Fisher appeared before the Honorable John R. Padova, United States District Court Judge, for a violation hearing. The only charge was an open case. The witnesses failed to appear in Philadelphia Common Pleas Court and were unable to be reached for the violation hearing. The criminal case was withdrawn and the violation petition was withdrawn. Mr. Fisher's supervised release was continued with all previously imposed conditions.

DATE SUPERVISION
COMMENCED:   June 24, 2014

DATE SUPERVISION
TERMINATES:   June 23, 2017

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE
AS FOLLOWS:

Mr. Fisher had no income until he was awarded Supplemental Security Income (SSI) in the amount of $700 per month in December 2014. On January 26, 2015, Your Honor approved Mr. Fisher making $25 monthly payments. Mr. Fisher paid $25 a month as ordered other than when he was incarcerated in the Philadelphia County Prison System on the open assault and firearm charges that were eventually dismissed.

Mr. Fisher has very serious illnesses and is unable to work. He suffers from diabetes, liver and kidney failure, neuropathy, and he has black areas on his legs and feet that indicate necrosis. This officer has seen this personally. He has started to have pieces of his feet cut off and it is a matter of time before his legs will have to be amputated. His circulation in his feet and legs is very poor.

2

RE: Fisher, Ronald
Case No.: 2:15CR000020-01

Mr. Fisher has paid his special assessment in full. He has paid a total of $5,835.97 toward restitution, leaving a balance of $105,125.23.

According to Section 18 U.S.C. § 3613(b), the liability to pay a fine shall terminate the later of 20 years from the entry of judgment or 20 years after the release from imprisonment of the person fined, or upon the death of the individual fined. In addition, according to Section 18 U.S.C. §3613(f), in accordance with § 3664(m)(1)(A) of this title, all provisions of this section are available to the United States for the enforcement of an order of restitution. Mr. Fisher's supervision is scheduled to expire on June 23, 2017. He will be instructed to continue to make payments directly to the Clerk of Court until the judgment is satisfied.

**PRAYING THAT THE COURT WILL ORDER...**   **THAT THE DEFENDANT'S SUPERVISED RELEASE TERM BE TO TERMINATE ON ITS NATURAL EXPIRATION DATE OF JUNE 23, 2017, WITH THE OUTSTANDING RESTITUTION BALANCE REMAINING.**

I declare under penalty of perjury that the foregoing is true and correct.

Thomas S. Adamczyk
Supervising U.S. Probation Officer

Place: Philadelphia
Date: March 21, 2017

cc:   Assistant U.S. Attorney
      U. SA. Attorney-Financial Litigation Unit
      Defendant's Attorney
      Defendant

ORDER OF THE COURT

Considered and ordered this _____23rd_____ day of _____March_____, _____2017_____ and ordered filed and made part of the records in the above case.

3